■ KEYBANK NATIONAL ASSOCIATION, Respondent, v PHILIP SIMAO, Appellant, et al., Defendants. (Appeal No. 2.) [63 NYS3d 918]—Appeal from a decision of the Supreme Court, Jefferson County (James P. McClusky, J.), entered September 9, 2016. The decision granted plaintiff's motion for a judgment of fore-closure and sale.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *KeyBank N.A. v Simao* ([appeal No. 1] 155 AD3d 1678 [2017]). Present—Centra, J.P., Peradotto, Carni, DeJoseph and Winslow, JJ.